**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-3367-WJM-BNB

CATHERINE M. BOK,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER OF RECUSAL

    This matter is before the Court *sua sponte*. I have a financial interest in Defendant, Wells Fargo Bank, N.A., through ownership of shares in three mutual funds managed by a wholly-owned securities affiliate of this Defendant. Pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct of Conduct for United States Judges, my recusal in this matter is required.

    Accordingly, I hereby RECUSE myself from hearing this matter. The Clerk shall randomly reassign this case to another District Judge of this Court.

    Dated this 13th day of December, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge