IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-03367-RM-BNB

CATHERINE M. BOK, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendant.

___

**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE (ECF No. 12)**
___

    THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss with Prejudice filed pursuant to Fed.R.Civ.P. 41(a)(ii). The Court notes there is no Rule 41(a)(ii) and presumes Plaintiff is seeking relief under Rule 41(a)(2). Upon consideration of the Motion and Plaintiff's representations therein, a review of the Court file, and being otherwise fully advised, it is

    ORDERED that the Motion to Dismiss with Prejudice (ECF No. 12) is GRANTED pursuant to Fed.R.Civ.P. 41(a)(2) and this action is hereby dismissed with prejudice.

    DATED this 22nd day of May, 2014.

                                              BY THE COURT:

                                              RAYMOND P. MOORE
                                              United States District Judge